IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS RINK, | : |
| Plaintiff, | : |
| v. | : 3:14-CV-02154 |
| | : (Judge Mariani) |
| NORTHEASTERN EDUCATIONAL INTERMEDIATE UNIT 19, LOUISE BRZUCHALSKI, ROBERT SCHWARTZ, JOSEPH MURRACO, RICK BARONE, THOMAS CERRA, CY DOUAIHY, ERIC EMMERICH, HAROLD EMPETT, KATHLEEN GRANDJEAN, MICHAEL MOULD, ELLEN NIELSEN, CHRISTINE PLONSKI-SEZER | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 18th DAY OF JULY 2016, upon consideration of Defendants' Motion for Summary Judgment, (Doc. 51), and all accompanying briefs and exhibits filed in support and in opposition to the motion, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment, (Doc. 51), is **GRANTED** in its entirety.

2. Defendants' Motion to Dismiss, (Doc. 45), is **DENIED** as moot.

3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge